## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OSCAR DANTZLER** | * | **CIVIL ACTION NO.  3:24-1018** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **RICHARD BOURGEOIS, JR., ET AL** | * | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 21] having been considered, no objections thereto having been filed,

**IT IS ORDERED** that the motions to dismiss filed by Defendants, Richard Bourgeois, Jr. and John W. deGravelles [Doc. No. 11] and Brian Jackson [Doc. No. 17] are hereby **GRANTED IN PART, DISMISSING WITHOUT PREJUDICE** all of Plaintiff Oscar Dantzler's claims against them for insufficient service of process. FED. R. CIV. P. 12(b)(5).

**IT IS FURTHER ORDERED** that the motion to dismiss filed by Defendant, Jeffrey Johnson [Doc. No. 13] is hereby **GRANTED IN PART, DISMISSING WITHOUT PREJUDICE** Plaintiff Oscar Dantzler's claims against him: (1) in his official capacity, for lack of subject matter jurisdiction, FED. R. CIV. P. 12(b)(1), and (2) in his personal or individual capacity, for insufficient service of process, FED. R. CIV. P. 12(b)(5).

**IT IS FURTHER ORDERED** that all three motions to dismiss [Doc. Nos. 11, 17, & 13] otherwise are **DENIED WITHOUT PREJUDICE**. The case is closed.

MONROE, LOUISIANA, this 24th day of September 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE